# UNITED STATES DISTRICT COURT

for the

Southern District of Illinois

DARRELL BROCKMAN JR.
~~SFEP~~

*Plaintiff/Petitioner(s)*

v.

Leslie ACAKpo-Satchivi
STEPHANIE SOLOMON
K2M MANUFACTURER
FRANCIS F. KAYIRA

*Defendant/Respondent(s)*

Case Number: 14-925-NJR
(Clerk's Office will provide)

☑ CIVIL RIGHTS COMPLAINT
pursuant to 42 U.S.C. §1983 (State Prisoner)

☐ CIVIL RIGHTS COMPLAINT
pursuant to 28 U.S.C. §1331 (Federal Prisoner)

☐ CIVIL COMPLAINT
pursuant to the Federal Tort Claims Act, 28 U.S.C. §§1346, 2671-2680, or other law

## I. JURISDICTION

**Plaintiff:**

A. Plaintiff's mailing address, register number, and present place of confinement.

P.O. BOX 999
Pinckneyville, Illinois
62274
B06211
Pinckneyville Correctional Center

**Defendant #1:**

B. Defendant Leslie AcAkpo-SATCHIVI is employed as
(a) (Name of First Defendant)

SURGeon MD-PHD
(b) (Position/Title)

with ST. JOHN'S HOSPITAL
(c) (Employer's Name and Address)
800 E. CARPenter
SPRINGFIELD, ILLinois

At the time the claim(s) alleged this complaint arose, was Defendant #1 employed by the state, local, or federal government? ☑ Yes ☐ No

If your answer is YES, briefly explain:

WAS SURGeon AT ST. JOHN'S HOSPITAL THAT OPERATED ON ME AND Left me PARAlyzed.

**Defendant #2:**

C. Defendant STEPHANY SOLOMON is employed as

(Name of Second Defendant)

ASSISTANT TO SURGEON F.N.P-B.C

(Position/Title)

with ST. JOHN'S HOSPITAL
800 E. CARPENTER
(Employer's Name and Address)
SPRINGFIELD, ILLINOIS

At the time the claim(s) alleged in this complaint arose, was Defendant #2 employed by the state, local, or federal government? ☑ Yes ☐ No

If you answer is YES, briefly explain:
employed with Hospital that helped surgeon Assist in operation that caused me to be paralyzed

**Additional Defendant(s) (if any):**

D. Using the outline set forth above, identify any additional Defendant(s).

K2M MANUFACTURER 1. Model # 1101-03512F
2. " " 11 " F4F
3. " " 1101-53520
4. " " 2771 5005
INFECTED METAL FROM COMPANY K2M
ST. JOHN'S HOSPITAL
800 E. CARPENTER
SPRINGFIELD, ILLINOIS

FRANCIS F. KAYIRA
DOCTOR, MD - MEDICAL DIRECTOR
GRAHAM CORRECTIONAL CENTER
RR#1, HIGHWAY 185
Hillsboro, Illinois 62049
Kept ignoring nurses when they kept telling him the infection in neck ~~kept getting worse which caused me to be~~ Rushed to hospital ~~because~~ close to death

## II. PREVIOUS LAWSUITS

A. Have you begun any other lawsuits in state or federal court relating to your imprisonment? ☑ Yes ☐ No

B. If your answer to "A" is YES, describe each lawsuit in the space below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline. <u>Failure to comply with this provision may result in summary denial of your complaint.</u>

1. Parties to previous lawsuits:
   Plaintiff(s):
   DARRELL BROCKMAN JR.

   Defendant(s):
   JAMES SCHOMIG

2. Court (if federal court, name of the district; if state court, name of the county): SOUTHERN DISTRICT OF ILLINOIS, FEDERAL

3. Docket number: 00-CV-0367-MJR

4. Name of Judge to whom case was assigned: DISTRICT JUDGE MICHAEL J. REAGAN

5. Type of case (for example: Was it a habeas corpus or civil rights action?): HABEAS CORPUS

6. Disposition of case (for example: Was the case dismissed? Was it appealed? Is it still pending?):
   CASE DISMISSED

7. Approximate date of filing lawsuit: ~~FEBUARY 20, 2002~~ MAY 2000

8. Approximate date of disposition: PAPERWORK LOST DUE TO INSTITUTION SHAKE DOWN FEBUARY 20, 2002

Additional Previous Lawsuit

1. Darrell Brockman Jr.

Defendant

Steven C. Bryant

2. Federal Court, Southern District of Illinois

3. Docket number: 06-579-WDS-PMF

4. Judge: Magistrate Philip M. Frazier

5. Type of Case: Habeas Corpus

6. Disposition: Case Dismissed

7. Date Filing: June 24, 2006

8. Date Disposition: July 23, 2007

## III. GRIEVANCE PROCEDURE

A. Is there a prisoner grievance procedure in the institution? ☑ Yes ☐ No

B. Did you present the facts relating to your complaint in the prisoner grievance procedure? ☑ Yes ☐ No

C. If your answer is YES,

1. What steps did you take?

ASK WHY THE DOCTOR KEPT IGNORING WHAT NURSES ~~kept~~ tellingthem about Infection I had and swelling

2. What was the result?

He said there wasnt anything

D. If your answer is NO, explain why not.

E. If there is no prisoner grievance procedure in the institution, did you complain to prison authorities? ☐ Yes ☑ No

F. If your answer is YES,

1. What steps did you take?

2. What was the result?

G. If your answer is NO, explain why not.

Because I did Grievance

H. Attach copies of your request for an administrative remedy and any response you received. If you cannot do so, explain why not:

My grievance was sent to Springfield before Grievance officer could respond Tried to get it back and was told, nothing will be Addressed further a Grievance attached. You can see they Received it 10-9-13 Sherry Benton signed 4-22-14

## IV. STATEMENT OF CLAIM

A. State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments of citations. If you wish to present legal arguments or citations, file a separate memorandum of law. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. If your claims relate to prison disciplinary proceedings, attach copies of the disciplinary charges and any disciplinary hearing summary as exhibits. You should also attach any relevant, supporting documentation.

1. DR, Kayira kept ignoring that I was getting worse from Graham infection on which I am paralyzed from surgery St John Hospital
2. Metal put in October 4, 2012 was infected 4-26-13 AT DR MacGregor
3. Doctor Leslie Aoakpo-Satchivi operate St. John HOSPITAL, woke up paralyzed
4. Stephanie Solomon assistant to Satchivi during surgery

## V. REQUEST FOR RELIEF

State exactly what you want this court to do for you. If you are a state or federal prisoner and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records, or parole), you must file your claim on a habeas corpus form, pursuant to 28 U.S.C. §§ 2241, 2254, or 2255. Copies of these forms are available from the clerk's office.

1. $10 million Dollar from each individual
2. Continued Medical Care and Therapy

## VI. JURY DEMAND *(check one box below)*

The plaintiff ☑ does ☐ does not request a trial by jury.

## DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed on: June 28, 2014
(date)

[signature]
Signature of Plaintiff

P.O. Box 999
Street Address

Darrell Brockman Jr.
Printed Name

Pinckneyville Illinois 62274
City, State, Zip

B06211
Prisoner Register Number

______________________
Signature of Attorney (if any)

H-01-A-02

ILLINOIS DEPARTMENT OF CORRECTIONS

RECEIVED
MAY 13 2014
GRIEVANCE OFFICE
PNKCC

**Administrative Review Board**
**Return of Grievance or Correspondence**

Offender: Brockman (Last Name) Darrell (First Name) ____ (MI) B06211 (ID#)

Facility: pnk (temp)

☒ Grievance: Facility Grievance # (if applicable) not graded Dated: 8/15/13 or ☐ Correspondence: Dated: ________

Received: 10, 9, 13 (Date) Regarding: infection; Dr. Kayira - gra between 1/3/13 - 8/15/13 (?)

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**

- ☐ Provide a copy of your written Offender's Grievance, DOC 0046, including the counselor's response, if applicable.
- ☐ Provide a copy of the Response to Offender's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal. ↗ not provided.
- ☐ Provide dates of disciplinary reports and facility where incidents occurred.
- ☐ Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to: Administrative Review Board, Office of Inmate Issues, 1301 Concordia Court, Springfield, IL 62794-9277

**Misdirected:**

- ☐ Contact your correctional counselor regarding this issue.
- ☐ Request restoration of Statutory Sentence Credits to Adjustment Committee. If the request is denied by the facility, utilize the offender grievance process outlined in Department Rule 504 for further consideration.
- ☐ Contact the Record Office with your request or to provide additional information.
- ☐ Personal property issues are to be reviewed at your current facility prior to review by the Administrative Review Board.
- ☐ Address concerns to: Illinois Prisoner Review Board, 319 E. Madison St., Suite A, Springfield, IL 62706

**No further redress:**

- ☐ Award of Supplemental Sentence Credits are discretionary administrative decisions; therefore, this issue will not be addressed further.
- ◯☐ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further. gv
- ☐ This office previously addressed this issue on ____/____/____ (Date)
- ☐ No justification provided for additional consideration.

Other (specify): last date given by you - Jan 2 2013. also, at Graham until 8/30/13. This submission has no gv officer's report w/ failure to comply w/ DR 504 810.

Completed by: ________ (Print Name) Sherry Benton (Signature) 4/22/14 (Date)

Distribution: Offender

Printed on Recycled Paper

DOC 0070 (Rev.4/2013)

08-160
H-F-01 JH

ILLINOIS DEPARTMENT OF CORRECTIONS
OFFENDER'S GRIEVANCE

RECEIVED MAY 13 2014 GRIEVANCE OFFICE

| | | |
|---|---|---|
| Date: August 15, 2013 | Offender: (Please Print) BROCKMAN, DARRELL J.R. | ID#: B06211 |
| Present Facility: GRAHAM CORRECTIONAL CENTER | Facility where grievance issue occurred: GRAHAM CORRECTIONAL CENTER | |

**NATURE OF GRIEVANCE:**

- ☐ Personal Property ☐ Mail Handling ☐ Restoration of Good Time ☐ ADA Disability Accommodation
- ☐ Staff Conduct ☐ Dietary ☒ Medical Treatment ☐ HIPAA
- ☐ Transfer Denial by Facility ☐ Transfer Denial by Transfer Coordinator ☐ Other (specify): ____
- ☐ Disciplinary Report: ___/___/___ (Date of Report) ________ (Facility where issued)

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
**Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
**Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
**Chief Administrative Officer,** only if EMERGENCY grievance.
**Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved): FIRST OF ALL, I WANT EVERYONE TO KNOW THAT MISS GRIFFIN, THE HEALTH CARE ADMINISTRATOR SAVED MY LIFE ALONG WITH SOME OF THE NURSES, I WILL EXPLAIN FROM THE BEGINNING, THEN YOU WILL UNDERSTAND WHAT I AM SAYING AND WANT TO KNOW WHY THIS HAD TO HAPPEN TO ME. ON OCTOBER 4, 2012 I HAD SURGERY AT ST. JOHN'S HOSPITAL IN SPRINGFIELD, ILLINOIS IN WHICH 5 SCREWS AND A ROD WAS PUT IN MY NECK ON OCTOBER 6, 2012 I WAS BROUGHT BACK TO GRAHAM CORRECTIONAL CENTER, ON October 19, 2012 I WAS discharged back to General POPULATION. THE WEEKEND OF NOVEMBER 3, 2012 my neck felt hot & Puffy so I went to Health CARE Unit on NOVEMBER 5, 2012 one

**Relief Requested:** I want to know why this had to happen when it was possible that something could have been done if DR. KAYIRA didn't keep ignoring what the nurses kept telling him about the swelling

☐ Check only if this is an **EMERGENCY** grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Darrell Brockman Offender's Signature — B06211 ID# — 8, 15, 13 Date

5-12-14
PER ARB MEMO 04/22/14 PAST TIMEFRAME (Continue on reverse side if necessary)

CCII **Counselor's Response** (if applicable)

Date Received: 8 / 16 / 13 ☐ Send directly to Grievance Officer ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: Response to grievance 08-160: Susan Griffin, HCUA writes: "I have read your grievance and reviewed your medical record. The doctor on-site was treating you for your medical issues with consultation via telephone with the surgeon in Springfield that you were also under the care of at that time. Your healthcare needs are being met." Under these considerations, there is no merit to this grievance.

Haarstick CC-II (Print Counselor's Name) — Haarstick CC-II (Counselor's Signature) — 9 / 18 / 13 (Date of Response)

**EMERGENCY REVIEW**

Date Received: ___/___/___ Is this determined to be of an emergency nature? ☐ Yes; expedite emergency grievance ☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

RECEIVED OCT 19 2013 OFFICE OF INMATE ISSUES

Chief Administrative Officer's Signature ________ Date ___/___/___

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE (Continued)**

of the nurses, MARY JOHNSON SAID SHE WAS GOING TO TRY AND GET A CULTURE. SHE TOUCHED IT AND PUSS SHOT OUT LIKE A GARDEN HOSE, THEY SAID AT LEAST A CUP AND A HALF CAME OUT, A DRESSING WAS PUT BACK ON AND I WAS TOLD TO SIT OUT FRONT, THEY WERE CALLING THE SURGEON DR. MAC Gregor. They got A hold of her. She had them put me on Antibiotics AND change dressing each morning. when I came back on Thursday November 8, 2012, the nurses here saw that I had A 1½ inch hole AND more puss coming out They called the surgeon. She, the surgeon told them that she was Admitting me to bring me to St. John's that she would have to clean out the infection. I was taken to St. John's AND had the surgery the next day November 9, 2012, They were still trying to figure out what infection I had. On November 12, 2012 they put A pick in for the iv's. I was told I had to leave by orders of Wexford insurance for IDOC, I came back to Graham Health Care Unit. I had A hole in my neck with staples AND stitches The hole was so big you could see my spine AND drop A golf ball in it. There were 2 outside docters that came to see me. They ASK if the metal was taken out when I went back to have the cleaning done of the infection, I SAID no. One doctor told the other one that they should have taken that metal out. The next day I was taken to Springfield to see Plastic surgeon. The Plastic surgeon said he had to cut some bone out of my neck, that I would not feel it. He then cut some bone out of the hole in my neck in which I did not feel it. He then took the staples AND stitches out He then SAID he wanted the nurses AT GRAHAM to use A wet & dry twice A day on the wound, The Plastic surgeon saw me again on JANUARY 2, 2013 AT Litchfield Hospital He SAID every thing was looking good AND TO CONTINUE WET TO DRY. AS TIME WENT ON I was having the dressing changed twice A day. The hole was closing up AND AFTER A WHILE I STARTED HAVING A lot of pain in my neck, ARMS & shoulders, I was given Motrin which wasn't doing much good. The nurses started seeing the wound was getting worse again, that there was lot of swelling in my neck, back & shoulders. When Dr. Kagira would come in the nurses would tell AND show him the swelling. He would say he doesn't see any swelling. The nurses look at him as for what is he looking at. Time kept going by AND the swelling was still there. They would show Dr. KAGIRA again, this time he would SAY it's just the muscles. The nurses couldn't believe what he SAID. They knew the infection was moving around. The nurses knew I would get up AROUND 6:30 AM each morning AND walk

RECEIVED
MAY 13 2014
GRIEVANCE OFFICE
PNKCC

make my bed and be up for my dressing change around 8 or 8:30 A.m the nurses started seeing me laying in the bed when they come to change my dressing in the morning. They then knew something was wrong because they knew I don't be laying in the bed in the morning that I'm always sitting. The nurses told Miss Griffin. Miss came and said she needed to get a blood test. I walked around to Room 4 and gave blood. I went back to my room. Miss Griffin come to my room 2 hours later and came to my room and said Brock, I need to send you out. She said you can go by van or ambulance. She said she would prefer I go by ambulance. I said okay, I'll go by ambulance since you insist. I got completely dressed, the ambulance came and took me to St John's Hospital in Springfield, Illinois. I was given a CAT scan and taken to surgery. I came out of surgery, woke up paralyzed. I found out that the blood test showed the infection was eating up my white cell count and that I was close to being dead. Miss Griffin saved my life

RECEIVED
OCT 9 2013
OFFICE OF
INMATE ISSUES

**St. John's Main Surgery**
**Nursing Intraop Record**

| | | | |
|---|---|---|---|
| **Patient Name:** | brockman, darrell | | |
| **Pt. Preferred Name** | | **Sex:** | Male |
| **Med. Rec. #:** | 01304242 | **Account #:** | Y00000924254 |
| **Age:** | 62y | **DOB:** | 05/17/1950 |
| **OR #:** | MS E | **OR #2:** | |
| **Procedure Date:** | 10/04/2012 | **Case #:** | 164217 |

| Quantity | Implant Size | Expiration Date | Body Site Implanted |
|---|---|---|---|
| 1 | 15 cc | 09/27/2016 | posterior cervical spine |

**Implant #:** 2

| Material Name | Manufacturer | Model # | Serial # | Lot # |
|---|---|---|---|---|
| Screw Mesa Mini K2M 3.5 x 12mm (1101-03512F) | K2M | 1101-03512F | | |

| Quantity | Implant Size | Expiration Date | Body Site Implanted |
|---|---|---|---|
| 3 | 3.5x12 | | posterior spine |

**Implant #:** 3

| Material Name | Manufacturer | Model # | Serial # | Lot # |
|---|---|---|---|---|
| Mesa Mini K2M 3.5 x 14mm (1101-03514F) | K2M | 1101-03514F | | |

| Quantity | Implant Size | Expiration Date | Body Site Implanted |
|---|---|---|---|
| 3 | 3.5x14mm | | posterior spine |

**Implant #:** 4

| Material Name | Manufacturer | Model # | Serial # | Lot # |
|---|---|---|---|---|
| Rod K2M 3.5 x 120mm (1101-535120) | K2M | 1101-535120 | | |

| Quantity | Implant Size | Expiration Date | Body Site Implanted |
|---|---|---|---|
| 2 | 120mm | | c-spine |

**Implant #:** 5

| Material Name | Manufacturer | Model # | Serial # | Lot # |
|---|---|---|---|---|
| Graft Bone Allosource Cancellous Crushed Freeze Dried15ml (27715015) | Allosource | 27715015 | 27715015 | 115628-117 |

| Quantity | Implant Size | Expiration Date | Body Site Implanted |
|---|---|---|---|
| 1 | | | c-spine |

**Single Dose Drugs**

| Date/Time | Drug | Dose | Delivery | Delivered By | Amount Delivered |
|---|---|---|---|---|---|
| 10/04/2012 00:00 | Thrombin Topical (5000 units) | 10,000 units | Topical | MacGregor, Margaret, MD | 10,000 units |

**Comments** for floseal and surgiflo

**Single Dose Drug Totals**

| | |
|---|---|
| **Thrombin Topical (5000 units)** | 10,000 units |

St. John's HOSPITAL